UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOTT RUBY YOUNGBLOOD, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ELLEN ADLER, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-07967-HSG<br><br>**ORDER GRANTING MOTIONS TO SEAL AND SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

Pending before the Court are numerous motions to seal Orders Approving Minor's Compromise and related documents issued by Special Master Hon. Ellen Sickles James (Ret.). Dkt. Nos. 115, 116, 128, 135, 136, 139, 140, 145, 146, 152, 153, 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 175, 176, 177, 178, 179, 180, 181, 184, 187, 188, 189, 190, 191, 192, 193, 194, 196, 198, 199, 200, 201, 203, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 215, 216, 217, 218, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244, 245, 246, 247, 248, 249, 250, 251, 252, 255, 256, 257, 258, 259, 260, 261, 262, 263, 275, 276, 277, 278, 279, 280, 281, 282, 283, 346, 350, 351, 352, 353, 354, 355, 356, 357, 358, 359, 360, 361, 362, 372, 373, 374, 375, 376, 377, 378, 379, 390, 391, 392, 393, 394, 395, 409, 410, 411, 412, 413, 414, 415, 416, 417, 418, 425, 426, 437, 438, 439, 440, 448, 449, 450, 451, 452, 465, 470, 471, 472, 474, 475, 476, 477, 478, 479, 480, 481, 482, 511, 512, 525, 526, 535, 540, 541, 552, 554, 556, 557, 558, 559, 560, 565, 566, 567, 568, 569, 573, 575, 579, 594, 599, 600, 601, 602, 603, 604, 605, 618, 619, 626, 627, 628, 629, 630, 631, 632, 633, 638, 663, 670, 671, 700, 705, 706, 737, 738, 773, 791, 792, 819, 825, 826, 827, 828, 830, 855, 856, 857, 891, 892, 893, 894, 895, 901, 902, 903, 904, 905, 906, 911, 912, 920, 952, 960, 965, 1003, 1004, 1005, 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013, 1014, 1015, 1026, 1030, 1031, 1034, 1035, 1041, 1123, 1124,

1125, 1126, 1127, 1133, 1134, 1139, 1140, 1157, 1158, 1159, 1267, 1270, 1271, 1272, 1273, 1274, 1275, 1276, 1277, 1278.

The Court has previously addressed the need to seal the information contained in such documents. *See* Dkt. No. 114.  The Court therefore **GRANTS** the motions for the reasons detailed in its prior order. *Id.*  The parties are reminded that moving forward they should not file motions to seal these documents.  As previously ordered, the parties are **DIRECTED** to e-file each Order Approving Minor's Compromise and related documents under seal on this Court's docket, without filing any additional motion to seal, by referencing Dkt. No. 114 and relating that respective docket entry to Dkt. No. 114.

The Court further **SETS** a telephonic case management conference on February 7, 2023, at 2:00 p.m.  All counsel shall use the following dial-in information to access the call:

Dial-In:  888-808-6929;

Passcode:  6064255

For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.  The parties should be prepared to discuss the status of this case and how to move it efficiently to a close.

**IT IS SO ORDERED.**

Dated:   2/2/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge