UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOTT RUBY YOUNGBLOOD, et al., | Case No.  20-cv-07967-HSG |
| Plaintiffs, | **ORDER GRANTING MOTIONS TO SEAL** |
| v. | Re: Dkt. Nos. 1280, 1281, 1282, 1283, |
| ELLEN ADLER, et al., | 1284, 1285, 1286, 1293 |
| Defendants. | |

Pending before the Court are numerous motions to seal Orders Approving Minor's Compromise and related documents issued by Special Master Hon. Ellen Sickles James (Ret.). Dkt. Nos. 1280, 1281, 1282, 1283, 1284, 1285, 1286, 1293.

The Court has previously addressed the need to seal the information contained in such documents.  *See* Dkt. No. 114.  The Court therefore **GRANTS** the motions for the reasons detailed in its prior order.  *Id.*  The parties are again reminded that they should not file motions to seal these documents.  As previously ordered, the parties are **DIRECTED** to e-file each Order Approving Minor's Compromise and related documents under seal on this Court's docket, *without filing any additional motion to seal*, by referencing Dkt. No. 114 and relating that respective docket entry to Dkt. No. 114.

**IT IS SO ORDERED.**

Dated:    2/6/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge