Matthew P. French, Esq. (State Bar No. 327814)
**WISNER BAUM LLP**
11111 Santa Monica Boulevard, Suite 1750
Los Angeles, California 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Creditors,*
*Majesti Mai Bagorio, et al.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NOTT RUBY YOUNGBLOOD, et al.,**<br><br>Plaintiffs<br><br>v.<br><br>**ELLEN ADLER, et al.,**<br><br>Defendants | Case No. 20-cv-07967-HSG<br><br>**ORDER GRANTING WITHDRAWAL OF APPEARANCE OF RONALD L. M. GOLDMAN**<br>[L.R. 7-11, 11-5] |

Good cause having been shown therefor,

**IT IS HEREBY ORDERED** that claimant's administrative motion to withdraw appearance of Ronald L.M. Goldman is GRANTED.

DATED: 4/25/2023

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge