Robert A. Julian (SBN 88469)
David J. Richardson (SBN 168592)
Kimberly Morris (SBN 249933)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA  94111-2806
Telephone:	415.659.2600
Facsimile:	415.659.2601
Email:	rjulian@bakerlaw.com
Email:	drichardson@bakerlaw.com
Email:	kmorris@bakerlaw.com

*Former Counsel to the Former Official Committee of Tort Claimants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re PG&E CORPORATION, et al., | Case No. 4:20-cv-07967-HSG |
| | **ORDER GRANTING WITHDRAWAL OF APPEARANCE OF BAKER & HOSTETLER, LLP AND MACCONAGHY AND BARNIER AS FORMER COUNSEL TO THE FORMER OFFICIAL COMMITTEE OF TORT CLAIMANTS** |
| | [L.R. 7-11, 11-5] |
| | Judge: Hon. Haywood S. Gilliam |

Good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the administrative motion filed by Baker & Hostetler, LLP ("Baker"), former counsel to the former and dissolved Official Committee of Tort Claimants (the "Former TCC"), is GRANTED.

DATED   2/9/2024

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge